Selma Rosenbaum, Respondent, *v.* Salo Rosenbaum, Appellant.

Submitted May 23, 1955; decided May 31, 1955.

*Marvin George Florman* for motion.
*Jacob Rabinowitz* opposed.

Motion denied.

The People of the State of New York, Respondent, *v* Leonardo Salemi, Appellant.

Submitted May 23, 1955; decided June 1, 1955.

Motion for reargument granted and case directed to be reargued on June 9, 1955, upon the original typewritten record of the testimony taken on the motion for a new trial. [See 306 N. Y. 863.]